No. 200. DUPONT *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 201. RASKOB *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Joseph M.*

*Hartfield, Walter S. Orr,* and *A. Chauncey Newlin* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent. Reported below: 118 F. 2d 544.